Paula L. **STILLMAN**, M.D., Petitioner

v.

**TEMPLE UNIVERSITY HEALTH SYSTEM and Temple University Hospital, Inc., Respondent**

No. 92 EAL 2017

Supreme Court of Pennsylvania.

July 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.